```
           IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICHELLE KRAUS,                   :    CIVIL ACTION
                                  :    NO. 15-4180
          Plaintiff,              :
                                  :
     v.                           :
                                  :
PA FIT II, LLC, et al.,           :
                                  :
          Defendants.             :
```

**O R D E R**

**AND NOW**, this **11th** day of **January, 2016**, for the reasons set out in the accompanying memorandum, it is hereby **ORDERED** Plaintiff's motion to approve the settlement agreement (ECF No. 18) is **GRANTED** in part and **DENIED without prejudice** in part.[1]

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,    J.**

---

[1] As explained in the accompanying memorandum, the Court will not approve the proposed release provisions or the requested attorneys' fees. Counsel is permitted to file a supplemental memorandum addressing the calculation and basis for the requested fees.

1